IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 1:22-cv-806 (AJT/IDD) |
| LIGHTHART HVAC, INC., | ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 13] (the "R&R") of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment, [Doc. No. 7], be granted and judgment entered against Defendant in the amount of $16,780.55 (including interest through March 16, 2022) and $2,641.29 in attorneys' fees and costs, for a total of $19,421.84. No objection to the R&R has been filed and more than fourteen (14) days have passed since the R&R was entered. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 13] be, and the same hereby is, ADOPTED; and it is further

**ORDERED** that the Clerk is DIRECTED to enter judgment in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Sheet Metal Workers' Occupational Health

Institute Trust, and the National Energy Management Institute Committee, against Defendant Lighthart HVAC, Inc. pursuant to Fed. R. Civ. P. 58 in accordance with this Order.

The Clerk is directed to forward copies of this Order to all counsel of record and mail a copy to Lighthart HVAC, Inc.

Alexandria, Virginia
May 2, 2023

Anthony J. Trenga
Senior U.S. District Judge